NOT FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

JUN 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GABRIEL CHARLES REED, as Next of Friend to M.R.,

　　　　　Plaintiff - Appellant,

　v.

EUGENE SCHOOL DISTRICT 4J; PAULA MCCOWN; JONATHAN ANDREW DEY, Jr.; MARRIOTT BOURSIQUOT; JOHN BOITA; KAYLA DUNCAN; JOE HADLEY; JENNIFER ANNETT; KATHRYN JOHNSON; SARA CAMPBELL; MELISSA IBARRA; BERNADETTE ADERIRAN; SETH PFAEFFLIN; MIKE INGMAN; ERIKA WOLF; COURTNEY LEONARD; ABBY NEHLS-LOWE; REBECCA ANSEN; KEITH USSERY; ELIZA DRUMMOND; KAREN APGAR; TOM MALONEY; LISA FJORDBECK; DELLA THOMAS; MICHELLE DUNN,

　　　　　Defendants - Appellees.

No. 24-789

D.C. No. 6:24-cv-00078-AA

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Oregon
Ann L. Aiken, District Judge, Presiding

---

　　　[*]　This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted June 18, 2025[**]

Before:      CANBY, S.R. THOMAS, and SUNG, Circuit Judges.

Gabriel Reed appeals pro se from the district court's judgment dismissing sua sponte his action brought on behalf of his minor child alleging various federal and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo questions of standing. *Johns v. County of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997). We affirm.

The district court properly dismissed Reed's action because "a parent or guardian cannot bring an action on behalf of a minor child without retaining a lawyer." *Id.* at 877; *see also Grizzell v. San Elijo Elementary Sch.*, 110 F.4th 1177, 1179 (9th Cir. 2024) (rejecting statutory, constitutional, and policy challenges to the rule prohibiting parents from representing their children pro se).

**AFFIRMED.**

---

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).